

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| STEVEN CHAVEZ, | § | No. 08-19-00290-CR |
| Appellant, | § | Appeal from the |
| v. | § | 41st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20170D01512) |
|  | § |  |

**O R D E R**

On December 6, 2019, Louis Elias Lopez, Appellant's retained attorney, filed with this Court a motion to withdraw as counsel of record and remand to the trial court for an indegency determination on whether to appoint counsel for purposes of appeal. However, before this Court considers this motion, it will be necessary for the trial court to conduct a hearing.

Therefore, it is ORDERED that the trial court conduct a hearing to determine whether the appellant is entitled to court-appointed counsel or if he wishes to proceed pro se. The trial court shall enter all necessary orders and/or findings which may include appointing counsel to represent Appellant on appeal. In the event Appellant elects to proceed pro se, the trial court shall make Appellant aware of the dangers and disadvantages of self-representation and develop evidence as to whether appellant's apparent decision to relinquish benefits associated with counsel and to proceed pro se is knowingly and intelligently made under *Hubbard v. State*, 739 S.W.2d 341 (Tex.Crim.App. 1987)

The trial court shall forward its findings to the District Clerk of El Paso County, Texas, on or before December 31, 2019. The District Clerk shall prepare and forward a supplemental clerk's record containing the findings and any order appointing counsel, and forward the same to this Court on or before January 9, 2020. Further, the transcription of the hearing shall be prepared, certified and filed with this Court on or before January 9, 2020.

IT IS SO ORDERED this 11th day of December, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.